UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 02-825 |
| VS. | Order of Reassignment |
| NORIS GAUTLIER-RIOS | |

It is on this 18TH day of May, 2007,

O R D E R E D that the entitled action is reassigned from

JUDGE JOHN C. LIFLAND TO JUDGE WILLIAM J. MARTINI

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT
